IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION <br> _____/ <br><br> This Order Relates To: <br><br> *C.O. v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-02551-CRB <br><br> *I.C. v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-06382-CRB <br><br> *Jessi Watt v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-04704-CRB <br><br> *Jane Doe 690917 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-05318-CRB <br><br> *Jane Doe KG 013 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-05577-CRB <br><br> *Jane Doe KG 016 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-05582-CRB <br><br> *Jane Doe KG 039 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-06077-CRB <br><br> *Jane Doe 691174 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-04582-CRB <br><br> *John Doe 692195 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-03421-CRB | MDL No. 3084 <br><br> **ORDER DENYING MOTIONS TO WITHDRAW AS COUNSEL** <br><br> Re: Dkt. No. 4432, 4446, 4573, 4582, 4583, 4584, 4585, 4586, 4697, 4698, 4699 |

*Jane Doe KGDB 016 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-04337-CRB

*John Doe KGDB 018 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-04355-CRB

The Motions to Withdraw as Counsel in the above-captioned cases are denied.

**IT IS SO ORDERED.**

Dated: January 9, 2026



CHARLES R. BREYER
United States District Judge

2